```
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS
505 Morris Avenue, Second Floor
Springfield, NJ  07081
 (973) 379-4200
Attorney  ID No. Eric G. Kahn  (021031993)
Attorneys  for Plaintiffs
```

| Plaintiffs<br><br>A.S., AN INFANT BY HER GUARDIANS AD LITEM, AMY SMITH AND MONICA SMITH<br><br>     vs.<br><br>Defendant<br><br>QUATREL DI'VANTE MILLER,  STATE OF NEW JERSEY, DIVISION OF CHILD PROTECTION AND PERMANENCY, STATE OF NEW JERSEY, DEPARTMENT OF CHILDREN AND FAMILIES, DAN SIANOZECKI AND VALENNA JOHNSON | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY<br><br>Civil Action No.  2:19-cv-17393<br><br>**CIVIL ACTION**<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL FEDERAL CLAIMS AND REMANDING THE CASE TO THE MORRIS COUNTY SUPERIOR COURT |
|---|---|

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that **all Federal claims** including those in **COUNT 9** of Plaintiffs' Amended Complaint are hereby dismissed against the Defendants with prejudice, and that the remaining matter shall be remanded to the Superior Court of New Jersey, Morris County, Law Division.

      JAVERBAUM WURGAFT HICKS
      KAHN WIKSTROM & SININS

By: /s/ Eric G. Kahn
    Eric G. Kahn (021031993)
    Attorney for Plaintiff


    GURBIR S. GREWAL
    New Jersey Attorney General's Office

By: /s/ Ashley L. Costello
    Ashley L. Costello (107192015)
    Attorney for Defendants

Dated: April 13 , 2020

**SO ORDERED.**
***s/ Susan D. Wigenton***
Hon. Susan D. Wigenton
    U.S.D.J.
Dated: April 14, 2020